# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| CHARLES MITCHELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RASH CURTIS & ASSOCIATES,<br><br>　　　　Defendant. | Case No. 5:17-cv-02534 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to District Judge Lucy H. Koh to determine whether it is related to 5:16-cv-06267 LHK, Charles Mitchell v. Rash Curtis & Associates.

IT IS SO ORDERED.

Date: July 13, 2017

_____
Nathanael M. Cousins
United States Magistrate Judge