# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Charles Mitchell,** | ) Case No. 5:16-cv-06267-LHK |
| **Plaintiff,** | ) |
| vs. | ) ~~[PROPOSED]~~ **ORDER** |
| **RASH CURTIS & ASSOCIATES,** | ) |
| **Defendant.** | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to Plaintiff and without prejudice as to the putative Class, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees. The Clerk shall close the file.

Dated this  13th  day of November, 2017.

_____
The Honorable Lucy H. Koh

Order to Dismiss - 1